**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>v.<br><br>DANNY M. LEWIS,<br><br>            Defendant. | Case No. 1:17-po-00388-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Unlicensed Driver &Failing to Maintain That Degree of Control of a Motor Vehicle Necessary to Avoid |
| **Sentence Date:** | January 11, 2018 |
| **Review Hearing Date:** | December 6, 2018 |
| **Probation Expires On:** | January 11, 2019 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $600.00 fine, $60.00 processing fee, and $20.00 special assessment.

## *COMPLIANCE:*

☒     Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐     To date, Defendant has paid a total of $
        ☐ If not paid in full when was last time payment:

☐     Compliance with Other Conditions of Probation:

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: November 20, 2018   */s/ Michael G. Tierney*
                          MICHAEL G. TIERNEY
                          Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 12/6/2018 at 10:00 a.m.

    ☐ be continued to _____ at 10:00 a.m.; or

    ☒ be vacated.

DATED: 11/20/2018          */s/ Hope Alley*
                          DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **November 21, 2018**

UNITED STATES MAGISTRATE JUDGE